UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 05-10228-RGS |
| | ) | |
| **PEDRO SOTO** | ) | |

## NOTICE OF APPEARANCE

Please enter the undersigned attorney's appearance for the United States of America in the above-captioned matter.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                      By:   _____
                                        ANDREW LELLING
                                        Assistant U.S. Attorney
                                        One Courthouse Way
                                        Boston, MA     02210
                                        (617) 748-3317

Dated: September 9, 2005