UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                               CRIMINAL NO. 05-10228-RGS

GABRIEL RIVERA, a/k/a
  PEDRO SOTO
U. S. Marshal No. 02215-049

**JUDGMENT AND COMMITMENT ORDER ON PETITION FOR VIOLATIONS OF SUPERVISED RELEASE**

STEARNS, DJ.                                               OCTOBER 21, 2005

THE ABOVE-NAMED DEFENDANT APPEARED BEFORE THIS COURT ON OCTOBER 18, 2005 FOR A VIOLATION OF SUPERVISED RELEASE HEARING. THE DEFENDANT WAS REPRESENTED BY STELIOS SINNIS, ASSISTANT FEDERAL DEFENDER. THE GOVERNMENT WAS REPRESENTED BY MICHAEL PELGRO, ASSISTANT UNITED STATES ATTORNEY. THE PROBATION DEPARTMENT WAS REPRESENTED BY USPO CARMEN WALLACE. THE COURT INFORMED THE DEFENDANT OF HIS RIGHT TO AN EVIDENTIARY HEARING, AND THE DEFENDANT PROCEEDED TO STIPULATE TO VIOLATIONS I, II, III, IV, V, VII, AND VIII (GRADE C VIOLATIONS). THE GOVERNMENT WITHDREW VIOLATION VI (THE GRADE A VIOLATION). AFTER HEARING, THE COURT FOUND THAT THE DEFENDANT DID VIOLATE HIS CONDITIONS OF RELEASE AND THEREFORE SENTENCED THE DEFENDANT AS FOLLOWS:

**O R D E R**

THE DEFENDANT'S PRESENT TERM OF SUPERVISED RELEASE IS HEREBY <u>REVOKED</u>;

THE DEFENDANT, GABRIEL RIVERA, a/k/a Pedro Soto, IS HEREBY COMMITTED TO THE CUSTODY OF THE BUREAU OF PRISONS FOR A PERIOD OF FOUR (4) MONTHS TO BE SERVED. UPON RELEASE FROM CUSTODY, THE DEFENDANT WILL BE PLACED ON SUPERVISED RELEASE FOR A PERIOD OF TWELVE (12) MONTHS, WITH THE FOLLOWING SPECIAL CONDITIONS:

1. Within 72 hours of release from custody, the defendant shall report in person to the District in which the defendant will be released;

2. Upon release, the defendant shall enter a sober house for a period of four (4) months and obey all the rules and regulations of that facility;

3. While on Supervised Release, the defendant shall not commit another Federal, State or local crime. The defendant shall refrain from any unlawful use of a controlled substance and shall submit to one drug test within 15 days of release from imprisonment, and at least two periodic drug tests thereafter as directed by the U. S. Probation Officer;

4. The defendant shall participate in a substance abuse program at the direction of the U. S. Probation Officer, which program may include random drug testing not to exceed 104 drug tests per year to determine if the defendant has reverted to the use of drugs or alcohol. The defendant shall be required to pay for the costs of such services based on the ability to pay or availability of third party payment;

5. The defendant shall not associate with Caridad Rivera until further Order of this Court.

SO ORDERED.

*/s/ Richard G. Stearns*
RICHARD G. STEARNS
UNITED STATES DISTRICT JUDGE