AO 442    (Rev. 5/93)  Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

UNITED STATES OF AMERICA

V.

GABRIEL RIVERA, a/k/a Pedro Soto

## WARRANT FOR ARREST

05-CR-10228-RGS

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   GABRIEL RIVERA, a/k/a Pedro Soto, USM No. 02215-049

Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complain   ☐ Order of court   ☐ Violation      x  Probation Violation Petition

charging him or her     (brief description of offense)

**VIOLATIONS OF CONDITIONS OF SUPERVISED RELEASE.**

in violation of _____ United States Code, Section(s) _____

MARY H. JOHNSON                           DEPUTY CLERK
Name of Issuing Officer                   Title of Issuing Officer

_Mary H. Johnson_                         6/30/06  BOSTON, MA
Signature of Issuing Officer              Date and Location

Bail fixed at $ _____ by _____
                                            Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant _____ |
| _____ WARRANT EXECUTED BY ESSEX _____ |
| V. ARREST/ARRAIGNMENT 9/25/06 |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |