UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                                            CRIMINAL NO. 05-10228-RGS

GABRIEL RIVERA, a/k/a Pedro Soto
U. S. Marshal No. 02215-049

# AMENDED JUDGMENT AND COMMITMENT ORDER ON VIOLATIONS OF CONDITIONS OF SUPERVISED RELEASE

STEARNS, DJ.                                                         NOVEMBER 9, 2006

THE ABOVE-NAMED DEFENDANT APPEARED BEFORE THIS COURT FOR A HEARING ON VIOLATIONS OF CONDITIONS OF SUPERVISED RELEASE ON NOVEMBER 7, 2006.  THE GOVERNMENT WAS REPRESENTED BY ANDREW LELLING, ASSISTANT U. S. ATTORNEY.  THE DEFENDANT WAS REPRESENTED BY STELLIO SINNIS, ASSISTANT FEDERAL DEFENDER, AND THE PROBATION DEPARTMENT WAS REPRESENTED BY CARMEN PENA WALLACE, U. S. PROBATION OFFICER.  THE DEFENDANT WAS NOTIFIED BY THE COURT OF HIS RIGHT TO AN EVIDENTIARY HEARING, AND THE DEFENDANT AGREED TO STIPULATE TO VIOLATIONS II AND III OF THE PETITION.  THE GOVERNMENT DISMISSED VIOLATION NO. I. THE COURT ENTERED A FINDING THAT THE DEFENDANT DID COMMIT VIOLATIONS II AND III, AND THE DEFENDANT WAS SENTENCED AS FOLLOWS:

## O R D E R

THE DEFENDANT'S PRESENT TERM OF SUPERVISED RELEASE

IS HEREBY <u>REVOKED.</u> THE DEFENDANT, GABRIEL RIVERA, a/k/a PEDRO SOTO, IS HEREBY COMMITTED TO THE CUSTODY OF THE U. S. BUREAU OF PRISONS FOR A PERIOD OF EIGHT (8) MONTHS TO BE SERVED. UPON RELEASE FROM INCARCERATION, THE DEFENDANT WILL BE DISCHARGED FROM ANY FURTHER PERIOD OF SUPERVISED RELEASE.

SO ORDERED.

*/s/ Richard G. Stearns*
RICHARD G. STEARNS
UNITED STATES DISTRICT JUDGE